UNITED STATES DISTRICT COURT
For the Northern District of California

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE, and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>Defendants | Case No. 3:20-CV-06894 WHO<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY TO THE MOTION TO DISMISS [ECF NO. 26], TO RESCHEDULE THE HEARING ON DEFENDANTS' MOTION TO DISMISS, AND TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Hon. William H. Orrick |

This matter having come before this Court on the parties' stipulation to extend the time to file the Reply to Defendants' Motion to Dismiss [ECF No. 26], to continue the hearing on the Motion to Dismiss, and to reschedule the Case Management Conference, the Court having reviewed the parties stipulation and the record herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for Defendants to file the Reply to the Motion to Dismiss is extended up to and including January 8, 2021.

IT IS FURTHER ORDERED that the hearing on Defendants' Motion to Dismiss is rescheduled to January 27, 2021, at 2:00 p.m. in Courtroom 2.

IT IS FURTHER ORDERED that the Case Management Conference is continued to January 27, 2021, following the hearing on Defendants' Motion to Dismiss.

IT IS FURTHER ORDERED that the parties shall complete initial disclosures 14 days following the Case Management Conference.

**SO ORDERED**.

HON. WILLIAM H. ORRICK
Judge of the U.S. District Court