**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE, and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>Defendants | Case No.  3:20-CV-06894 WHO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY TO THE MOTION TO DISMISS [ECF NO. 51]**<br><br>Hon. William H. Orrick |

This matter having come before this Court on the parties' stipulation to extend the time to file the Reply to Defendants' Motion to Dismiss [ECF No. 51], the Court having reviewed the parties stipulation and the record herein, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for Defendants to file the Reply to the Motion to Dismiss is extended up to and including May 4, 2021.

**SO ORDERED**.

Dated:  April 23, 2021

_____
HON. WILLIAM H. ORRICK
Judge of the U.S. District Court