MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
415 Mission Street, Suite 5600
San Francisco, CA 94105-2533
Telephone:     (650) 815-7435

MCDERMOTT WILL & EMERY LLP
MARGARET H. WARNER (*Pro Hac Vice*)
mwarner@mwe.com
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:     (202) 756-8000

MCDERMOTT WILL & EMERY LLP
J. CHRISTIAN NEMETH (222271)
jcnemeth@mwe.com
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
Telephone:  (312) 984 3292

*Attorneys for Genentech, Inc., and
the U.S. Roche DC Fiduciary Committee*

Ronald S. Kravitz (SBN 129704)
Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: rskravitz@millershah.com
        kctang@millershah.com

*Attorneys for Plaintiff*

[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>           Plaintiff,<br><br>     v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE,<br><br>           Defendants. | Case No.  3:20-CV-06894 RS<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**<br><br>**Hon. Richard Seeborg** |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

## STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16(b), the parties have, through counsel, stipulated to the filing of this motion to ask the Court to Order that the scheduling order entered on June 6, 2022 (ECF No. 87), as amended on September 1, 2022 (ECF No. 93), September 13, 2022 (ECF No. 95), September 22, 2022 (ECF No. 99), and November 17, 2022 (ECF No. 105), and the Case Management Scheduling Order entered on October 6, 2022 (ECF No. 103), as amended November 17, 2022 (ECF No. 105) be extended as follows:

| Event | New Dates |
|---|---|
| Deadline for all Supplemental and Rebuttal Expert Reports | March 24, 2023 |
| Close of Expert Discovery | April 28, 2023 |
| Deadline for filing of dispositive motions and *Daubert* motions | May 29, 2023 |
| Deadline to oppose dispositive motions and *Daubert* motions | June 28, 2023 |
| Deadline to file replies in support of dispositive motions and *Daubert* motions | July 12, 2023 |
| Trial Setting Conference | N/A |
| Final Pretrial Conference | October 11, 2023 |
| Trial Date | October 30, 2023 |

- 2 -

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

1 "The district court is given broad discretion in supervising the pretrial phase of litigation."
2 Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal
3 quotation marks omitted). Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for good
4 cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

5 Good cause exists for this extension. The parties have agreed to private mediation in this
6 matter. Mediation was initially set for January 5, 2023, but scheduling issues have arisen, and the
7 mediation is now set for February 1, 2023. In efforts to ensure as successful an attempt be made at
8 mediation as possible, the parties have agreed to the extension of the current case deadlines,
9 including the currently set trial date, will allow both parties to focus on mediation and avoid
10 additional litigation expense. The parties will continue to work together diligently to complete
11 discovery and briefing in this matter if unable to resolve the claims through mediation.

12 For these reasons, the parties ask the Court to extend the deadlines as noted above.

14 **MCDERMOTT WILL & EMERY LLP**

15 Dated: November 18, 2022            By:    */s/ William G. Gaede, III*

16 WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
17 415 Mission Street, Suite 5600
San Francisco, CA 94105-2533
18 Telephone:    (650) 815-7435

19 MCDERMOTT WILL & EMERY LLP
MARGARET H. WARNER (*Pro Hac Vice*)
20 mwarner@mwe.com
500 North Capitol Street, NW
21 Washington, DC 20001-1531
Telephone:    (202) 756-8000

23 MCDERMOTT WILL & EMERY LLP
J. CHRISTIAN NEMETH (222271)
jcnemeth@mwe.com
24 444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
25 Telephone:  (312) 984 3292

26 Dated: November 18, 2022            **MILLER SHAH LLP**

27 By: */s/ Kolin C. Tang*

28 Ronald S. Kravitz (SBN 129704)

- 3 -

Kolin C. Tang (SBN 279834)
MILLER SHAH LLP
3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (866) 540-5505
Email: rskravitz@millershah.com
        kctang@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Email: jemiller@millershah.com
        lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Email: jcshah@millershah.com
        ajberin@millershah.com

Monique Olivier
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
Telephone: (415) 484-0980
Email: Monique@osclegal.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO MODIFY
SCHEDULING ORDER
CASE NO. 3:20-CV-06894 RS

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

**ORDER**

IT IS ORDERED. The expert deadlines are extended as follows:

    b.  On or before March 24, 2023, parties will designate their supplemental and rebuttal

experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before April 28, 2023, all discovery of expert witnesses pursuant to Federal Rule

of Civil Procedure 26(b)(4) shall be completed.

PRETRIAL MOTIONS.

All Daubert and dispositive pretrial motions must be filed and served pursuant to Civil Local Rule

7 on or before May 29, 2023. Oppositions to dispositive motions are to be filed on or before June

28, 2023. Replies to dispositive motions are to be filed on or before July 12, 2023. All pretrial

motions shall be heard no later than July 27, 2023. Each party is limited to one motion for

summary judgment absent leave of Court. The Court encourages the participation at oral argument

of lawyers who are early in their professional career (e.g., 0-10 years of experience).

PRETRIAL CONFERENCE.

The final pretrial conference will be held on October 11, 2023 at 10:00

a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San

Francisco, California. Each party or lead counsel who will try the case shall attend personally.

TRIAL DATE.

A bench trial shall commence on October 30, 2023 at 9:00 a.m., in Courtroom 3, 17th Floor,

United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

STIPULATION AND ORDER TO MODIFY
SCHEDULING  ORDER
CASE NO. 3:20-CV-06894 RS

1   Dated: __December 8__ , 2022

2

3

4   RICHARD SEEBORG
    Chief United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW

- 6 -

STIPULATION AND ORDER TO MODIFY
SCHEDULING  ORDER
CASE NO. 3:20-CV-06894 RS