| | |
|---|---|
| MILLER SHAH LLP<br>JAMES C. SHAH (260435)<br>456 Montgomery St, Suite 1900<br>San Francisco, CA 94104<br>(866) 540-5505<br>jcshah@millershah.com<br>*Attorneys for Plaintiff, the Plan,*<br>*and the Class* | MCDERMOTT WILL & EMERY LLP<br>J. CHRISTIAN NEMETH (222271)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>(312) 984-3292<br>jcnemeth@mwe.com<br>*Attorneys for Defendants* |

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>   Plaintiff,<br>v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE,<br><br>   Defendants. | CASE NO. 3:20-cv-06894 RS<br><br>**JOINT STIPULATION AND ORDER REGARDING JOINT ADMINISTRATIVE MOTION TO ADJOURN TRIAL DEADLINES**<br><br>Pretrial Conference:<br>October 18, 2023 at 10:00 a.m.<br><br>Judge: Hon. Richard Seeborg |

Pursuant to Local Civil Rule 7-12, Plaintiff Matthew Wehner ("Plaintiff") and Defendants Genentech, Inc. and the U.S. Roche DC Fiduciary Committee (collectively, "Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, in support of their accompanying joint motion for administrative relief respectfully requesting that all current deadlines associated with the scheduled trial in this matter be vacated in light of the Parties' agreement in principle to resolve Plaintiff's remaining claim on behalf of the certified Class and the Plan concerning the Plan's recordkeeping fees (the "Administrative Motion"), HEREBY STIPULATE AND AGREE (the "Stipulation"):

1. The above-captioned action is scheduled to proceed to a bench trial beginning on October 30, 2023 at 9:00 a.m. before the Court. *See* ECF No. 124 (docket text only).

2. The Pretrial Conference is scheduled for October 18, 2023 at 10:00 a.m. *See id.*

3. Certain other deadlines for the disclosure, filing, and exchange of pretrial materials are effective under the Court's current scheduling orders, Federal Rules of Civil Procedure, Civil Local Rules of the United States District Court for the Northern District of California, and this Court's Standing Order for Civil Bench Trials.

4. The Parties have agreed in principle to the settlement ("Settlement") of the remaining recordkeeping claim.[1]

5. The Parties agree that it would serve the interests of judicial economy and efficiency for the Parties to focus on documenting the Settlement in the form of a written settlement agreement and proceeding with the settlement approval process contemplated under Federal Rule of Civil Procedure 23.

6. The Parties propose that Plaintiff file a motion for preliminary approval of the proposed Settlement on or before November 9, 2023.

IT IS SO STIPULATED.

---

[1] The scope of the release pursuant to the Parties' agreement in principle does not include the claims dismissed by Judge Orrick in the June 14, 2021 Order, which Plaintiff intends to appeal.

| | |
|---|---|
| Dated: October 10, 2023 | Respectfully submitted, |
| /s/ James C. Shah | /s/ John Christian Nemeth |
| James C. Shah | John Christian Nemeth |
| Ronald S. Kravitz | MCDERMOTT WILL & EMERY LLP |
| MILLER SHAH LLP | 444 West Lake Street |
| 456 Montgomery St, Suite 1900 | Suite 4000 |
| San Francisco, CA 94104 | Chicago, IL 60606-0029 |
| (866) 540-5505 | (312) 984-3292 |
| jcshah@millershah.com | jcnemeth@mwe.com |
| rskravitz@millershah.com | |
| | William G. Gaede , III |
| James E. Miller | MCDERMOTT WILL & EMERY LLP |
| Laurie Rubinow | 415 Mission Street, Suite 5600 |
| MILLER SHAH LLP | San Francisco, CA 94105-2533 |
| 65 Main Street | (650) 815-7435 |
| Chester, CT 06412 | wgaede@mwe.com |
| (866) 540-5505 | |
| jemiller@millershah.com | Margaret H. Warner |
| lrubinow@millershah.com | MCDERMOTT WILL & EMERY LLP |
| | |
| Alec J. Berin | 500 North Capitol Street, N.W. |
| MILLER SHAH LLP | Washington, DC 20001 |
| 1845 Walnut Street, Suite 806 | 202-756-8000 |
| Philadelphia, PA 19103 | mwarner@mwe.com |
| (866) 540-5505 | |
| ajberin@millershah.com | *Attorneys for Defendants* |
| | |
| Monique Olivier | |
| OLIVIER & SCHREIBER LLP | |
| 475 14th Street, Suite 250 | |
| Oakland, CA 94612 | |
| (415) 484-0980 | |
| Monique@osclegal.com | |
| | |
| *Attorneys for Plaintiffs, the Plan, and the Class* | |

1 | PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the deadlines associated with the trial in this matter are VACATED, including the trial scheduled to begin on October 30, 2023 at 9:00 a.m.; the Pretrial Conference scheduled for October 18, 2023 at 10:00 a.m.; and all deadlines for the disclosure, filing, and exchange of pretrial materials set by the Court's current scheduling orders, Federal Rules of Civil Procedure, Civil Local Rules of the United States District Court for the Northern District of California, and this Court's Standing Order for Civil Bench Trials.  Plaintiff shall file a motion for preliminary approval of the proposed Settlement on or before November 9, 2023.

DATED: 10/10/2023            By: /s/ Richard Seeborg
                                 Hon. Richard Seeborg
                                 Chief United States District Judge