1    MILLER SHAH LLP
     JAMES C. SHAH (260435)
2    456 Montgomery St, Suite 1900
     San Francisco, CA 94104
3    (866) 540-5505
     jcshah@millershah.com
4    *Attorneys for Plaintiff, the Plan,*
     *and the Class*
5

6    [Additional Counsel Listed on Signature Page]

MCDERMOTT WILL & EMERY LLP
J. CHRISTIAN NEMETH (222271)
444 West Lake Street, Suite 4000
Chicago, IL 60606-0029
(312) 984-3292
jcnemeth@mwe.com

*Attorneys for Defendants*

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10   MATTHEW WEHNER, Individually          )   CASE NO. 3:20-cv-06894 RS
     and as a representative of a class of )
11   similarly situated persons, on behalf of )
     the U.S. ROCHE 401(K) SAVINGS         )   **JOINT STIPULATION AND  ORDER**
12   PLAN,                                 )   **REGARDING ADMINISTRATIVE**
                                           )   **MOTION FOR PRELIMINARY**
13                          Plaintiff,     )   **APPROVAL OF THE PROPOSED**
            v.                             )   **SETTLEMENT DEADLINE**
14                                         )
     GENENTECH, INC., the U.S. ROCHE       )
15   DC FIDUCIARY COMMITTEE,               )   Judge: Hon. Richard Seeborg
                                           )
16                          Defendants.    )
                                           )
17                                         )
                                           )

18

19

20

21

22

23

24

25

26

27

28   JOINT STIP. AND  ORDER REGARDING MOT. FOR PRELIMINARY APPROVAL OF PROPOSED
     SETTLEMENT DEADLINE                 -1-
     CASE NO: 3:20-cv-06894 RS

Plaintiff Matthew Wehner ("Plaintiff") and Defendants Genentech, Inc. and the U.S. Roche DC Fiduciary Committee (collectively, "Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, have stipulated to the filing of this administrative motion to ask the Court to amend the October 10, 2023 Order (ECF No. 142) to extend the Parties' November 9, 2023, deadline to file a motion for preliminary approval of the proposed Settlement to on or before November 21, 2023.   In support of their administrative motion, the Parties HEREBY STIPULATE AND AGREE (the "Stipulation"):

1.      The above-captioned action was scheduled to proceed to a bench trial beginning on October 30, 2023 at 9:00 a.m. before the Court.  *See* ECF No. 124 (docket text only).

2.      On October 10, 2023, the Parties reached an agreement in principle to resolve the remaining claims scheduled to proceed to trial and filed an Administrative Motion to Vacate Trial Schedule and Associated Deadlines.  *See* ECF Nos. 140 and 141. [1]

3.      The Court granted the Parties' motion and set a November 9, 2023, deadline for Plaintiff to file a motion for preliminary approval of the proposed Settlement.  *See* ECF No. 142.

4.      The Parties continue working together to document the Settlement in the form of a written settlement agreement and proceed with the settlement approval process contemplated under Federal Rule of Civil Procedure 23.   However, the Parties require additional time to complete the preparation of the motion for preliminary approval of the proposed Settlement.

5.      The Parties therefore propose that Plaintiff file a motion for preliminary approval of the proposed Settlement on or before November 21, 2023.

IT IS SO STIPULATED.

///

///

///

///

---

[1] The scope of the release pursuant to the Parties' agreement in principle does not include the claims dismissed by Judge Orrick in the June 14, 2021 Order, which Plaintiff intends to appeal.

JOINT STIP. AND  ORDER REGARDING MOT. FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT DEADLINE                    -2-
CASE NO: 3:20-cv-06894 RS

DM_US 201686558-2.037575.0045

Dated: November 7, 2023

/s/ *James C. Shah*

James C. Shah
Ronald S. Kravitz
MILLER SHAH LLP
456 Montgomery St, Suite 1900
San Francisco, CA 94104
(866) 540-5505
jcshah@millershah.com
rskravitz@millershah.com

James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
(866) 540-5505
jemiller@millershah.com
lrubinow@millershah.com

Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
(866) 540-5505
ajberin@millershah.com

Monique Olivier
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 94612
(415) 484-0980
Monique@osclegal.com

*Attorneys for Plaintiffs, the Plan,*
*and the Class*

Respectfully submitted,

/s/ *J. Christian Nemeth*

John Christian Nemeth
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Suite 4000
Chicago, IL 60606-0029
(312) 984-3292
jcnemeth@mwe.com

William G. Gaede , III
MCDERMOTT WILL & EMERY LLP
415 Mission Street, Suite 5600
San Francisco, CA 94105-2533
(650) 815-7435
wgaede@mwe.com

Margaret H. Warner
Alex M. Spisak
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, N.W.
Washington, DC 20001
202-756-8000
mwarner@mwe.com
aspisak@mwe.com

*Attorneys for Defendants*

JOINT STIP. AND ORDER REGARDING MOT. FOR PRELIMINARY APPROVAL OF PROPOSED
SETTLEMENT DEADLINE               -3-
CASE NO: 3:20-cv-06894 RS

1

2      PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the deadline for Plaintiff

3  to file a motion for preliminary approval of the proposed Settlement on or before November 9,

4  2023, is extended to on or before November 21, 2023.

5

6  DATED: __November 7, 2023__          By: _____

7                                       Hon. Richard Seeborg
                                        Chief United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  JOINT STIP. AND ORDER REGARDING MOT. FOR PRELIMINARY APPROVAL OF PROPOSED
    SETTLEMENT DEADLINE              -4-
    CASE NO: 3:20-cv-06894 RS