| | |
|---|---|
| MILLER SHAH LLP<br>JAMES C. SHAH (260435)<br>456 Montgomery St, Suite 1900<br>San Francisco, CA 94104<br>(866) 540-5505<br>jcshah@millershah.com<br><br>*Attorneys for Plaintiff, the Plan,<br>and the Class* | MCDERMOTT WILL & EMERY LLP<br>J. CHRISTIAN NEMETH (222271)<br>444 West Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>(312) 984-3292<br>jcnemeth@mwe.com<br><br>*Attorneys for Defendants* |

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE,<br><br>　　　　　　　　Defendants. | CASE NO. 3:20-cv-06894 RS<br><br>DENIED<br>**JOINT STIPULATION AND ORDER REGARDING JOINT ADMINISTRATIVE MOTION FOR PRELIMINARY APPROVAL HEARING TO BE HELD BY REMOTE VIDEOCONFERNCE**<br><br>Hearing: January 11, 2024<br>Time: 1:30 p.m.<br>Judge: Hon. Richard Seeborg |

**DENIED**
Judge Richard Seeborg
1/3/2024

Pursuant to Local Civil Rule 7-12, Plaintiff Matthew Wehner ("Plaintiff") and Defendants Genentech, Inc. and the U.S. Roche DC Fiduciary Committee (collectively, "Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, in support of their accompanying joint motion for administrative relief respectfully requesting that the Preliminary Approval Hearing scheduled for January 11, 2024 at 1:30 p.m. be held by remote videoconference (the "Administrative Motion"), HEREBY STIPULATE AND AGREE (the "Stipulation"):

1. On October 10, 2023, the Parties informed the Court that they had reached a settlement in principle to resolve Plaintiff's remaining claim on behalf of the certified Class and the Plan concerning the Plan's recordkeeping fees (while preserving Plaintiff's right to appeal the claims dismissed by Judge Orrick in the June 14, 2021 Order). *See* ECF No. 140.

2. On November 21, 2023, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement and Entry of Final Judgment Under Rule 54(b) as to the dismissed claims. *See* ECF No. 146.

3. On November 28, 2023, the Clerk entered a Notice continuing the hearing on the motion to January 11, 2024 at 1:30 p.m. and indicated an in-person setting for the hearing. *See* ECF No. 147.

4. Lead counsel for each of the Parties are located out of state.

5. Holding the Preliminary Approval Hearing by Zoom or other remote means would not prejudice the interests of any Parties, members of the proposed Settlement Class, or third parties, or otherwise interfere with the Parties' appearances or presentations at the Pretrial Conference. Among other reasons, this is because, should the Court enter an order granting preliminary approval, members of the Settlement Class would receive notice of the settlement and an opportunity to be heard, including at a fairness hearing under Rule 23.

6. The Court (and Judge Orrick prior to the reassignment of the case) has held other hearings and conferences in the case by remote videoconference. *See* ECF No. 40 (motion hearing and case management conference), 59 (motion hearing), 79 (case management conference), 102 (case management conference).

7. Pursuant to the Court's order entering this Stipulation, the Pretrial Conference shall be held by Zoom or other remote video conference means.

IT IS SO STIPULATED.

| Dated: December 6, 2023 | Respectfully submitted, |
|---|---|
| /s/ *James C. Shah* <br> James C. Shah <br> Ronald S. Kravitz <br> MILLER SHAH LLP <br> 456 Montgomery St, Suite 1900 <br> San Francisco, CA 94104 <br> (866) 540-5505 <br> jcshah@millershah.com <br> rskravitz@millershah.com | /s/ *J. Christian Nemeth* <br> J. Christian Nemeth <br> MCDERMOTT WILL & EMERY <br> 444 West Lake Street <br> Suite 4000 <br> Chicago, IL 60606-0029 <br> (312) 984-3292 <br> jcnemeth@mwe.com |
| James E. Miller <br> Laurie Rubinow <br> MILLER SHAH LLP <br> 65 Main Street <br> Chester, CT 06412 <br> (866) 540-5505 <br> jemiller@millershah.com <br> lrubinow@millershah.com | Margaret H. Warner <br> Alex M. Spisak <br> MCDERMOTT WILL & EMERY LLP <br> The McDermott Building <br> 500 North Capitol Street, N.W. <br> Washington, DC 20001 <br> 202-756-8000 <br> mwarner@mwe.com <br> aspisak@mwe.com |
| Alec J. Berin <br> MILLER SHAH LLP <br> 1845 Walnut Street, Suite 806 <br> Philadelphia, PA 19103 <br> (866) 540-5505 <br> ajberin@millershah.com | William G. Gaede , III <br> MCDERMOTT WILL & EMERY LLP <br> 415 Mission Street, Suite 5600 <br> San Francisco, CA 94105-2533 <br> (650) 815-7435 <br> wgaede@mwe.com |
| Monique Olivier <br> OLIVIER & SCHREIBER LLP <br> 475 14th Street, Suite 250 <br> Oakland, CA 94612 <br> (415) 484-0980 <br> Monique@osclegal.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs, the Plan, and the Class* | |

1  PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the Preliminary
2  Approval Hearing set for January 11, 2023 at 1:30 p.m. be held via Zoom [or alternative remote
3  videoconference means].

4

5  DATED: _____           By: _____
                                           Hon. Richard Seeborg
6                                          Chief United States District Judge