**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WEHNER, Individually and as a representative of a class of similarly situated persons, on behalf of the U.S. ROCHE 401(K) SAVINGS PLAN,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GENENTECH, INC., the U.S. ROCHE DC FIDUCIARY COMMITTEE,<br><br>　　　　　　Defendants. | CASE NO. 3:20-cv-06894 RS<br><br>**FINAL JUDGMENT UNDER RULE 54(b) AS TO DISMISSED CLAIMS** |

Upon consideration of Plaintiff's Motion for Entry of Final Judgment Under Rule 54(b) (the "Motion") and for good cause shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and:

Final judgment is **ENTERED** pursuant to Federal Rule of Civil Procedure 54(b) on the claims dismissed in the June 14, 2021 Order Granting in Part and Denying in Part Motion to Dismiss First Amended Complaint (ECF No. 61) and such claims may be immediately appealed.

**IT IS SO ORDERED.**

Dated: January 12, 2024

_____
Hon. Richard Seeborg
Chief United States District Judge