UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 22 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MATTHEW WEHNER,

      Plaintiff - Appellant,

  v.

GENENTECH, INC. and UNITED
STATES ROCHE DC FIDUCIARY
COMMITTEE,

      Defendants - Appellees.

No. 24-2630

D.C. No.
3:20-cv-06894-RS
Northern District of California,
San Francisco

ORDER

On March 10, 2025, we ordered this case held in abeyance pending the

Ninth Circuit's decision in *Anderson, et al. v. Intel Corporation Investment Policy*

*Committee et al.*, No. 22-16268. (Dkt. No. 44). The Ninth Circuit issued its

decision on May 22, 2025. *See Anderson, et al. v. Intel Corporation Investment*

*Policy Committee et al.*, No. 22-16268, Dkt. No. 60 (9th Cir. May 22, 2025).

No later than 21 days from the date of this order, the parties may file

supplemental briefs not to exceed 2000 words in length addressing the impact upon

this case of the Ninth Circuit's decision in *Anderson*. The clerk is directed to

reopen this court's docket for administrative purposes.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT